**EXHIBIT A**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299632

**ZACHAR LAW FIRM, P.C.**
P.O. Box 47640
Phoenix, Arizona 85020
(602) 494-4800
Suzie Zachar Irwin          #017285
sirwin@zacharlaw.com
*Attorney for the Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **CHRISTINA FORD**, an adult individual, | No.: **CV2020-056044** |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| **COSTCO WHOLESALE CORPORATION,** a Washington corporation; **JOHN DOES I – X; JANE DOES I – X; ABC PARTNERSHIPS I – X** and **XYZ CORPORATIONS I – X,** | (Tort: Non-Motor Vehicle; Premises Liability; Negligence) Tier 2 |
| Defendants. | |

NOW COMES Plaintiff Christina Ford, through counsel, and for her Complaint against the Defendants alleges as follows:

1.    Plaintiff is an adult individual residing in Maricopa County, Arizona.

2.    Defendant Costco Wholesale Corporation, is a Washington corporation doing business in Maricopa County, Arizona (hereinafter "COSTCO").

3.    Defendants John Does I – X and Jane Does I – X are fictitious persons whose identities are unknown to Plaintiff, but whose conduct may have caused or

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said persons(s) once their identities become known.

4.  Defendants ABC Partnerships I – X and XYZ Corporations I – X are fictitious entities whose identities are unknown to Plaintiff, but whose conduct may have caused or contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said entities once their identities become known.

5.  All acts and transactions alleged herein occurred in Maricopa County, Arizona.

6.  The amount of Plaintiff's damages qualifies this matter as a **Tier 2** case in accordance with Ariz.R.Civ.P.8(b)(2).

7.  On August 19, 2019, Plaintiff Christina Ford was a business invitee at the Costco located at 17550 N 79th Ave., Glendale, Maricopa County, Arizona.

8.  On August 19, 2019, Plaintiff Christina Ford was walking in the store and slipped and fell on a substance which may have been a blended drink/smoothie on the sales floor.

9.  There were no signs of warning around the area.

10.  Samples of smoothies/drinks were being given gratuitously by Costco in the area of her fall.

11.  Defendant conducted its business to allow customers to walk around the store with samples of smoothies/drinks. This method of operation provides Defendant notice of the unreasonably dangerous condition the business operation produces.

12.  This unreasonably dangerous condition existed on Defendants' premises located at 17550 N 79th Ave., Glendale, Maricopa County, Arizona, on August 19, 2019, and caused Plaintiff to fall.

13.  Defendant and/or their employees and agents created the unreasonably dangerous condition.

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

14. Defendant COSTCO and/or its employees and agents had actual knowledge of the unreasonably dangerous condition.

15. Defendant COSTCO and/or its employees and agents should have known of the unreasonably dangerous condition.

16. Defendant COSTCO and/or its employees and agents failed to eliminate, safeguard, warn or remedy the unreasonably dangerous condition in a timely manner.

17. Defendant COSTCO and/or its employees and agents failed to protect or safeguard the unreasonably dangerous conditions to prevent unsuspecting business invitees such as Plaintiff from coming into contact with the unreasonably dangerous condition that existed inside of the COSTCO and being injured.

18. Defendant COSTCO and/or its employees and agents failed to alert or warn business invitees such as Plaintiff of the unreasonably dangerous condition that existed inside the COSTCO.

19. Defendants COSTCO and/or its employees and agents failed to utilize any available signs or the warn business invitees such as Plaintiff of the unreasonably dangerous condition.

20. Defendant COSTCO and its employees and agents had a duty to guests and business invitees, such as Plaintiff, to keep the premises safe and to maintain them in such a way as to avoid causing injuries and damages to guests and business invitees.

21. Defendant COSTCO and/or its employees and agents had a duty to guests and business invitees such as Plaintiff to remedy, safeguard and/or warn business invitees of unreasonably dangerous condition existing on the premises.

22. Defendant COSTCO and/or its employees and agents breached the aforementioned duties.

23.   As a direct and proximate result of the negligence of Defendant, Plaintiff Christina Ford sustained serious physical injuries, for which she has incurred medical expenses and other pecuniary damages.

24.   As a further result of Defendant's acts, omissions and negligence, Christina Ford has sustained general damages and consequential damages.

WHEREFORE, Plaintiff seeks judgment against the Defendant as follows:

A.   For Plaintiff's special damages, in amounts to be proven at trial and in amounts sufficient to satisfy the jurisdictional requirements of this court,

B.   For Plaintiff's general damages, in amounts to be proven at trial;

C.   For Plaintiff's reasonable costs incurred; and

D.   For such other and further relief as this court deems just and proper.

DATED this____ day of December, 2020.

ZACHAR LAW FIRM, P.C.

Suzie Zachar Irwin
*Attorney for the Plaintiff*

**EXHIBIT B**

PBS INVESTIGATIONS
714 E Rose Lane
Phoenix, Arizona 85014
(602) 622-6508

CLERK OF THE
SUPERIOR COURT
FILED
H. GEARHART. DEP

2020 DEC 17 PM 3: 41

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

**CHRISTINA FORD, an adult individual,**                    Case No.: CV2020-056044

                              Plaintiff,              **AFFIDAVIT OF SERVICE**

vs.

**COSTCO WHOLESALE CORPORATION, a**
**Washington corporation; JOHN DOES I-X; JANE**
**DOES I-X; ABC PARTNERSHIPS I-X and XYZ**
**CORPORATIONS I-X,**

                              Defendants.

I, Paul Bryan Seaman, being duly sworn, depose and say that on the 14th day of December, 2020 at 2:40PM, I:

Individually/Personally served by delivering a true copy of the Complaint, Certificate of Compulsory Arbitration, and Summons to Costco Wholesale Corporation, by serving their statutory agent, CT Corporation System. I personally served Maria Martinez at CT Corporation System. This service occurred at 3800 North Central Avenue, Suite 460, Phoenix, AZ 85012.

I being first duly sworn, deposes and states; I am fully qualified to serve process in this case, having been appointed by the court.

Service: $24.00
Attempts: 1, 12/14/20, 2:40PM
Mileage: 2
Total: $24.90

Paul Bryan Seaman
Process Server
License# MC-8747
**PBS Investigations**
**714 E. Rose Lane**
**Phoenix, Arizona 85014**

**EXHIBIT C**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299639

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Christina Ford
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No. **CV2020-056044**

**SUMMONS**

To: XYZ Corporations I – X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5216552

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Christina Ford
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No. **CV2020-056044**

**SUMMONS**

To: ABC Partnerships I – X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299637

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Christina Ford<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation, et al.<br>Defendant(s). | Case No. **CV2020-056044**<br><br>**SUMMONS** |

To: Jane DOES I – X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299636

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Christina Ford<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation, et al.<br>Defendant(s). | Case No. **CV2020-056044**<br><br>**SUMMONS** |

To: John Does I-X

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299635

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Christina Ford
Plaintiff(s),
v.
Costco Wholesale Corporation, et
al.
Defendant(s).

Case No. **CV2020-056044**

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5216552

2

**EXHIBIT D**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299633

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Susan E Irwin
Bar Number: 017285, issuing State: AZ
Law Firm: Zachar Law Firm, P.C.
714 E. Rose Lane
Phoenix, AZ 85020
Telephone Number: (602)494-4800X121
Email address: sirwin@zacharlaw.com

**CV2020-056044**

**Plaintiff:**
Christina Ford
714 E. Rose Lane
Phoenix, AZ 85020

**Defendants:**
Costco Wholesale Corporation
3800 N. Central Ave. STE 460
Phoenix, AZ 85012

John Does I-X

Jane DOES I   X

ABC Partnerships I   X

XYZ Corporations I   X

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZturboCourt.gov Form Set #5216652

**EXHIBIT E**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/7/2020 5:07:04 PM
Filing ID 12299634

Person/Attorney Filing: Susan E Irwin
Mailing Address: 714 E. Rose Lane
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800X121
E-Mail Address: sirwin@zacharlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 017285, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Christina Ford<br>Plaintiff(s),<br>v.<br>Costco Wholesale Corporation, et al.<br>Defendant(s). | Case No. CV2020-056044<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Susan E Irwin /s/
Plaintiff/Attorney for Plaintiff

**EXHIBIT F**



Select Language   ▾

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

Case Number:    CV2020-056044       Judge:     Agne, Sara
File Date:           12/7/2020             Location:  Northeast
Case Type:      Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Christina Ford | Plaintiff | Female | Susan Irwin |
| Costco Wholesale Corporation | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/17/2020 | AFS - Affidavit Of Service | 12/21/2020 | |
| **NOTE:** COSTCO WHOLESALE CORPORATION | | | |
| 12/7/2020 | COM - Complaint | 12/8/2020 | |
| **NOTE:** Complaint | | | |
| 12/7/2020 | CSH - Coversheet | 12/8/2020 | |
| **NOTE:** Civil Cover Sheet | | | |
| 12/7/2020 | CCN - Cert Arbitration - Not Subject | 12/8/2020 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 12/7/2020 | SUM - Summons | 12/8/2020 | |
| **NOTE:** Summons | | | |
| 12/7/2020 | SUM - Summons | 12/8/2020 | |
| **NOTE:** Summons | | | |
| 12/7/2020 | SUM - Summons | 12/8/2020 | |
| **NOTE:** Summons | | | |
| 12/7/2020 | SUM - Summons | 12/8/2020 | |
| **NOTE:** Summons | | | |
| 12/7/2020 | SUM - Summons | 12/8/2020 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**