**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Ford, | No. CV-21-00004-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

Before the Court is the parties' stipulated motion to dismiss this case with prejudice. (Doc. 33.)

**IT IS ORDERED** the parties' motion (doc. 33) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to terminate this action.

Dated this 5th day of January, 2022.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge